**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN**

In the Matter of:

STEPHANIE MATTHEWS,                                     Chapter 13
19445 Lexington                                         Case No.  16-46136
Redford, MI 48240                                       Judge Walter Shapero
xxx-xx-3918



          Debtor(s).
_____/


## ORDER ADJOURNING HEARING

This matter having come on for hearing on August 8, 2016, regarding *[ONLY*

*PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐   A motion to dismiss case


☒   Confirmation of a plan


☐   A motion to lift stay as creditor


☐   Other:


          The parties having agreed to the terms herein, based on the records of the

Court, the Court being otherwise sufficiently advised in the premises; and there

being no adverse impact upon any party by way of this action, thus no notice is

required to be given; now therefore;

IT IS HEREBY ORDERED that *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒ The above referenced matter is adjourned to October 3, 2016 @ 10:00 A.M.

☐ Debtor(s) shall be 100% current in Plan payments, pursuant to the Trustee's

records on or before

☐ Debtor(s) shall file and serve amended on or before

☐ Debtor(s) shall attend the adjourned First Meeting of Creditors

☐ Other:

IT IS FURTHER ORDERED that if any of the above is not completed by the

date and time specified, the case shall be dismissed upon Order of the Court

without further notice or hearing.

.

Signed on August 04, 2016

                              /s/ Walter Shapero
                          Walter Shapero
                          United States Bankruptcy Judge