**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 16–46136–mlo
Chapter: 13
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))
 Stephanie V. Matthews
 8200 E. Jefferson, # 102
 Detroit, MI 48214

Social Security No.:
 xxx–xx–3918

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*46* – Chapter 13 Post–Confirmation Plan Modification Filed by Debtor Stephanie V. Matthews (RE: related document(s)34 Amended Chapter 13 Plan – Pre Confirmation). (Attachments: # 1 Exhibit 6 # 2 Matrix)(Babut, William)

will be held on: 6/24/19 at 10:00 AM at Courtroom 1875, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 5/17/19

BY THE COURT

Katherine B. Gullo, Clerk of Court
U.S. Bankruptcy Court